**DISMISS and Opinion Filed April 15, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01614-CV**

**NASIR ALI RIZVI, FARHEEN NASIR, AND ALL OTHER OCCUPANTS OF 1407 GARDENIA STREET, IRVING, TEXAS 75063, Appellants**
**V.**
**JPMORGAN CHASE BANK, NA, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06526-B**

**MEMORANDUM OPINION**

Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice Moseley

By letter dated December 3, 2012, the Court informed appellants their $175 filing was overdue. We instructed appellants to pay the filing fee within ten days of the date of the letter and cautioned appellants that failure to do so would result in dismissal of the appeal without further notice.

As of today's date, appellants have not paid the required filing fee. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

1201614F.P05

/Jim Moseley/
JIM MOSELEY
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NASIR ALI RIZVI, FARHEEN NASIR, AND ALL OTHER OCCUPANTS OF 1407 GARDENIA STREET, IRVING, TEXAS 75063, Appellants

No. 05-12-01614-CV          V.

JPMORGAN CHASE BANK, NA, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-06526-B.
Opinion delivered by Justice Moseley.
Justices O'Neill and Lewis, participating.

        In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

        It is **ORDERED** that appellee, JPMORGAN CHASE BANK, NA, recover its costs of this appeal from appellants, NASIR ALI RIZVI, FARHEEN NASIR, AND ALL OTHER OCCUPANTS OF 1407 GARDENIA STREET, IRVING, TEXAS 75063.


Judgment entered this 15 day of April, 2013.


/Jim Moseley/
JIM MOSELEY
JUSTICE

–2–